UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher M. Palermo</u>

      v.                                    Civil No. 11-cv-337-JL

<u>NH Department of Corrections, Commissioner et al</u>

<u>O R D E R</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 8, 2012.

SO ORDERED.

April 20, 2012                      _____
                                    Joseph N. Laplante
                                    Chief Judge

cc:    Brian W. Buonamano, Esq.
       Christopher M. Palermo, Pro se