UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher M. Palermo</u>

        v.                             Civil No. 11-cv-337-JL

<u>NH Department of Corrections,
Commissioner, et al.</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 12, 2012, no objection having been filed." '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));   <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The court notes that the plaintiff has withdrawn his malicious prosecution claim.

SO ORDERED.

October 14, 2012

                                             _____
                                             Joseph N. Laplante
                                             Chief Judge

cc:    Christopher M. Palermo
        Brian W. Buonamano, Esq.